Eastern District of Kentucky
**FILED**

FEB 2 4 2010

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA,

        **Plaintiff,**

-vs-                                    Case #

                                                  HON. JOSEPH HOOD

**JAMES DAVIS,**

        **Defendant.**
_____/

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR ADMISSION TO PRACTICE
### PRO HAC VICE

Pursuant to Eastern District of Kentucky LR 83.2(2), I declare that the following facts are true to the best of my knowledge, information, and belief:

1. My full name is Steven Fishman.

2. I practice under the following letterhead: Steven Fishman, 615 Griswold, Suite 1125, Detroit, MI 48226, (313) 962-4090, (313) 962-8068 (fax), and email sfish66@yahoo.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Michigan state courts | November, 1973 | P23049 |
| Eastern District Michigan | November, 1973 | |
| Western District Michigan | 1980 | |

4. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

5. I am in good standing in all bars of which I am a member.

6. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

7. I have not been charged in any court in the United States with the commission of a felony or unprofessional conduct.

8. I will register to receive electronic notification by completing the Court's Electronic Filing Registration form. I understand I will receive notices of electronic filing with respect to this case.

Sworn to under the penalty of perjury.

Steven Fishman

Subscribed and sworn to before me
this 22nd day of February, 2010

Gayle D. Hylton, Notary Public
Wayne County, MI
My commission expires: March 12, 2012