## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY

**UNITED STATES OF AMERICA**,

                  **Plaintiff,**

**-vs-**                                      **Case # 5:10-CR-29-01-JMH**

                                        **HON. JOSEPH HOOD**

**JAMES DAVIS,**

                  **Defendant.**

_____/

### MOTION TO EXTEND REPORT DATE

       Now comes James Davis, Defendant herein, by and through his attorney Steven Fishman, and in support of his Motion to Extend Report Date states as follows:

       1.   Mr. Davis was sentenced by this Court to a year and a day on September 12, 2011.

       2.   At the time of sentencing, defense counsel requested that Mr. Davis be permitted to surrender voluntarily at the designated institution on a date in January, 2012.  The purpose of the request was to allow Mr. Davis to spend the holidays with his family.  The government had no objection to defense counsel's request.

       3.   After imposing sentence, the Court granted defense counsel's request that Mr. Davis remain free on bond until January, 2012.

       4.   Mr. Davis has received a notice from the Bureau of Prisons ordering him to report to FCI Morgantown on January 9, 2012.

       5.   Defense counsel has received a letter from Mr. Davis's civil lawyer indicating that Mr. Davis's presence is required for depositions in a pending civil case that are scheduled in January and February, 2012.  Defense counsel has shared that letter with the government.

       6.   Mr. Davis now requests that the Court grant him a 60-day extension of his report date to allow him to be present for these important depositions.

       7.   The government has no objection to this motion.

WHEREFORE, Defendant Davis requests that the Court grant his Motion to Extend Report Date, and allow him to report to FCI Morgantown on March 9, 2012.

Respectfully submitted,

s/ Steven Fishman
Steven Fishman (P23049)
Attorney for Defendant Davis
615 Griswold, Suite #1125
Detroit, MI 48226
(313) 962-4090
e-mail: sfish66@yahoo.com

Dated: December 22, 2011

## BRIEF IN SUPPORT OF
## MOTION TO SEAL DOCUMENT

          The relief requested in the within motion lies within the sound discretion of the

trial court.

 

                                        Respectfully submitted,

                                        s/ Steven Fishman
                                        Steven Fishman (P23049)
                                        Attorney for Defendant Davis
                                        615 Griswold, Suite #1125
                                        Detroit, MI 48226
                                        (313) 962-4090
                                        e-mail: sfish66@yahoo.com

Dated: October 11, 2011

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on October 11, 2011, I served a copy of the attached memorandum upon

Brandon Marshall, Assistant United States Attorney, by filing same electronically.


<u>s/ Steven Fishman</u>
Steven Fishman
e-mail: <u>sfish66@yahoo.com</u>