Eastern District of Kentucky
**F I L E D**

JUL 0 7 2016

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# The Detroit News

615 W. LAFAYETTE BOULEVARD / DETROIT, MICHIGAN 48226

June 29, 2016

Judge Joseph M. Hood
Clerk's office
101 Barr Street
Lexington, KY 40507

Your Honor:

My name is George Hunter, and I'm a reporter with The Detroit News. I am respectfully requesting the unsealing of certain documents in the case of defendant James Wilbur Davis (Case # 5:10-cr-00029-JMH). Mr. Davis pleaded guilty in 2011 to conspiracy to commit wire fraud and was sentenced to a year in prison. He was released in 2013.

I spoke with the court's public information officer Kyle Edelen, who told me I needed to send a letter explaining who I am and why I want to look at those documents. I would like to peruse these motions, etc. for a story I'm working on about Mr. Davis. He is tangentially involved in a Detroit case of a hit man, Vincent Smothers, whose alleged partner, Ernest Davis, is James Davis' cousin. I've been working on stories about Smothers, and as James Davis is tied to Smothers, I'm interested to know as much as I can about Mr. Davis and his case.

On Pacer, the sealed docket numbers are:

#11: Sealed motion
Filed:   05/19/2010
Entered:   05/20/2010
Terminated:   05/21/2010

#12: Sealed motion
Filed:   05/19/2010
Entered:   05/20/2010



Terminated:    05/21/2010

#13: Order on sealed motion
Filed & Entered:    05/21/2010

#14: Order on sealed motion
Filed & Entered:    05/21/2010

#15: Sealed Motion
Filed:  09/23/2010
Entered:    09/24/2010
Terminated:    10/04/2010

#16: Sealed motion
Filed:  09/23/2010
Entered:    09/24/2010
Terminated:    10/04/2010

#17: Order on sealed motion
Filed & Entered:    10/04/2010

#24: Sealed document
Filed & Entered:    08/24/2011

#25: Sealed order
Filed & Entered:    08/25/2011

#26: Motion for leave to Seal a Document
Filed & Entered:    08/31/2011
Terminated:    08/31/2011

#27: Sealed Motion
Filed & Entered: 08/31/2011
Terminated:09/13/2011

#28: Sealed order
Filed & Entered:    08/31/2011


I can be reached by phone at 313 319-0032; email at ghunter@detroitnews.com, or at my paper's address. Please note the address is different from what appears on our letterhead, as we recently moved to:



160 W. Fort
Detroit, MI 48226

Thank you in advance for any help you can provide on this matter.

Take care,

George Hunter
Reporter
The Detroit News

